# United States District Court
# For The Western District of North Carolina
# Asheville Division

Ricky D. Johnson ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             1:11-cv-00124

Joseph B. Hall ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

                                               Signed: September 30, 2011

*Frank G. Johns, Clerk*
*United States District Court*